AOS                                                                          ,

| | |
|---|---|
| **CEDRIC BISHOP, ON BEHALF OF HIMSELF AND** | **Plaintiff** |
| **ALL OTHER PERSONS SIMILARLY SITUATED** | |
| **vs** | |
| **CPAP STORE USA LLC** | **Defendant** |

**CASE NO:** **1:26-CV-01843**

**HEARING DATE/TIME:**

**DEPT NO:**

## AFFIDAVIT OF SERVICE

DOUGLAS DEMOTTA being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS; COMPLAINT, on the 20th day of April, 2026 and served the same on the 22nd day of April, 2026, at 08:41 by:

serving the servee CPAP STORE USA LLC C/O MANAGING MEMBER Marina Berberyan by personally delivering and leaving a copy at (address) 2211 South Tioga Way, Las Vegas NV 89117 with JANE DOE as , an agent lawfully designated by statute to accept service of process;

WHITE FEMALE 5FT 1IN - 5FT 6IN 90-120LBS DARK HAIR 30-40 YEARS OLD

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the
State of Nevada that the foregoing is true and correct.

EXECUTED this____22__day of___Apr____, ___2026_.

**DOUGLAS DEMOTTA**
**R-2018-01135**

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP310182 1:26-CV-01843-MMG

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box